USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EVCI CAREER COLLEGES
HOLDING CORP. SECURITIES
LITIGATION

Master File No. 05 Civ. 10240 (CM)
05 CV 10287
05 CV 10515
05 CV 10610
06 CV 00304
06 CV 00347
06 CV 1684

**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION**

This matter came for hearing on July 27, 2007 (the "Final Approval Hearing"), upon the application of the parties for approval, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, of the Settlement set forth in the Stipulation of Settlement, dated April 12, 2007, between Lead Plaintiff, on behalf of itself and each of the Class Members, and Defendants EVCI Career Colleges Holding Corp. ("EVCI"), Arol I. Buntzman, John J. McGrath, and Richard Goldenberg (the "Stipulation"), which Stipulation is incorporated herein by reference, and of approval of the Plan of Allocation. Due and adequate notice of the Stipulation, Plan of Allocation, Judgment, and Final Approval Hearing having been given to the Class Members, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of the Plan of Allocation and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion to enter this Order.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court hereby finds that due and adequate notice of these proceedings was directed to all Persons who are Class Members, advising them of the Plan of Allocation and of their right

-2-

to object thereto, and a full and fair opportunity was accorded to all Persons who are Class Members to be heard with respect to the Plan of Allocation.

3.      The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice Of (1) Proposed Settlement Of Class Action, and (2) Hearing on Proposed Settlement and Attorneys' Fee Petition and Right to Share in Net Settlement Fund ("the "Notice") mailed to Class Members provides a fair and equitable basis upon which to allocate the proceeds of the settlement proceeds among the Class Members with due consideration having been given to administrative convenience and necessity.

4.      The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and equitable to the Class.  Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiff.

5.      There is no just reason for delay in the entry of this Order, and immediate entry of this Order by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

DATED: 7/27/07

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT COURT JUDGE

-2-